IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LARRY ROSE and ANDREA ROSE <br> Plaintiffs | § § § | |
| v. | § § | Civil Action No. 5:21-cv-00616 |
| STATE FARM LLOYDS <br> Defendant | § § § | |

**JOINT NOTICE OF SETTLEMENT**

TO THE UNITED STATES DISTRICT JUDGE:

The parties announce they have reached a settlement agreement in this matter. The parties anticipate they will have the settlement finalized within sixty (60) days from today and will file a joint stipulation of dismissal with the Court. Accordingly, the parties ask that all deadlines be abated and that this case be removed from the Court's trial docket.

Respectfully submitted,

A NAVA & GLANDER LAW FIRM
13409 NW Military Highway, Suite 300
San Antonio, Texas 78231
bkray@anglawfirm.com
anava@anglawfirm.com

*/s/ Alexa Nava by permission*
_____
Alexa Nava
State Bar No. 24046510
Bernie R. Kray
State Bar No. 24078803

COUNSEL FOR PLAINTIFFS LARRY ROSE
AND ANDREA ROSE

LINDOW STEPHENS SCHULTZ MOYNIHAN & BROWN, LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas  78205
Telephone:  (210) 227-2200
Facsimile:  (210) 227-4602
dstephens@lsslaw.com

_____
David R. Stephens
State Bar No. 19146100

COUNSEL FOR DEFENDANT STATE FARM LLOYDS

2