UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**LARRY ROSE and ANDREA ROSE,**

    *Plaintiffs*,

v.                                                          Case No. 5:21-CV-0616-JKP

**STATE FARM LLOYDS,**

    *Defendant*.

### ORDER OF ADMINISTRATIVE CLOSURE

Before the Court is a Joint Notice of Settlement (ECF No. 47) wherein the parties inform the Court that they have settled this case. They anticipate that settlement will be finalized within sixty days and ask that the Court vacate all deadlines and remove the case from the trial docket. Accordingly, the Court **VACATES** all deadlines and settings and hereby **ORDERS** the parties to make an appropriate case-closing filing and any appropriate supporting documents **on or before March 5, 2026**. *See* Fed. R. Civ. P. 41. Should the parties be unable to submit an appropriate filing by that date, they may move for an extension of time to do so. If the parties do not file an appropriate case-closing filing or a motion for extension by the imposed deadline, the Court may dismiss this case with prejudice pursuant to Rule 41(b). Given the uncertain amount of time needed for finalization of settlement paperwork, the Court now considers whether the case is appropriate for administrative closure.

When a case is subject to an indefinite or lengthy stay, it is appropriate for administrative closure. *Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004). While the parties have a definite deadline for making their case-closing filing, the circumstances of the case nevertheless warrant administrative closure. The act of administrative closure is not a dismissal or disposition of the case, nor any reflection or comment on the merits of this action. The Court or any

party may initiate further proceedings as warranted. *See id.* The existing stay will remain in effect pending further order of the Court.

For the foregoing reasons, the Court **DIRECTS the Clerk of Court to administratively close this case pending further court order.**

**IT IS SO ORDERED this 6th day of January 2026.**

*[signature: Jason Pulliam]*
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**